IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS A. BANKS, and JANET M. BANKS, | ) ) ) | 4:11CV3203 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| CITIMORTGAGE, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on its own motion. Plaintiffs filed this matter on November 17, 2011. (Filing No. 1.) On November 21, 2011, the Clerk of the issued summons. (Filing No. 6.) However, Plaintiffs have not completed service of process on Defendants. Indeed, Plaintiffs have not taken any action in this matter since they filed their Complaint. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Plaintiffs shall have until June 1, 2012, to show cause why this case should not be dismissed. If Plaintiffs do not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline with the following text: June 1, 2012: deadline for Plaintiffs to show cause why service of process was not completed.

DATED this 1st day of May, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.